# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

**AFTER CONSIDERING THE APPLICATIONS** for executive clemency of each of the following named persons, I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on **November 22, 2018**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make immediately available to each named person the Residential Drug Abuse Program (RDAP). Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

| | |
|---|---|
| **Tyrone Allen** | Reg. No. 27139-180 |
| **Carroll Edgar Blevins, Jr.** | Reg. No. 05655-084 |
| **Kerwin Blount** | Reg. No. 13018-014 |
| **Christopher Carlton Bryson** | Reg. No. 12156-030 |
| **Johnny Davis** | Reg. No. 99295-071 |
| **William Henry Dudley** | Reg. No. 06264-017 |
| **Reginald Leon Edwards** | Reg. No. 12541-084 |
| **P.W. Ferguson,** aka Patrick William Ferguson | Reg. No. 14163-171 |
| **Darryl D. Fields** | Reg. No. 03720-029 |
| **Avery Hardy** | Reg. No. 25605-038 |
| **Jeff Hendricks** | Reg. No. 27755-177 |
| **Paul Kinney** | Reg. No. 28961-112 |
| **Robert Lum** | Reg. No. 95160-022 |
| **Karliss Lyttle** | Reg. No. 05838-025 |
| **Orlando Keith McCord** | Reg. No. 40442-039 |
| **John E. McNeill** | Reg. No. 14539-031 |
| **Jerry Lee Mutchler** | Reg. No. 07076-030 |
| **Jose Otero** | Reg. No. 80477-038 |
| **Mario A. Powell** | Reg. No. 19416-045 |
| **Eddie James Reed** | Reg. No. 87569-020 |
| **Artis Sherman** | Reg. No. 36280-177 |
| **Deborah Theeler** | Reg. No. 03414-029 |
| **Travis L. Wilken** | Reg. No. 12034-081 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **240 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make available to each named person the Residential Drug Abuse Program (RDAP), or future equivalent program, at an appropriate time before each person's sentence expires. Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

**Jimmy Carter, Jr.**           Reg. No. 10986-002
**Lamar Webster**               Reg. No. 90396-111

I hereby further commute the total sentence of imprisonment imposed upon **Jermaine Lewis Carter**, Reg. No. 08718-030, to a term of **180 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Jermaine Lewis Carter**, Reg. No. 08718-030, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Jermaine Lewis Carter**, Reg. No. 08718-030, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed **Mark Clifton**, Reg. No. 16744-056, to expire on **November 22, 2018**. I also remit the unpaid balance of the $7,500 fine imposed by the court. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make immediately available to the said **Mark Clifton**, Reg. No. 16744-056, the Residential Drug Abuse Program (RDAP). Further, I condition this grant of commutation to the said **Mark Clifton**, Reg. No. 16744-056, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Timothy John Ehrmann**, Reg. No. 85955-198, to a term of **228 months' imprisonment**, leaving intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Timothy John Ehrmann**, Reg. No. 85955-198, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Timothy John Ehrmann**, Reg. No. 85955-198, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Daniel Lee Larsen**, Reg. No. 07923-081, to a term of **270 months' imprisonment**, leaving intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Daniel Lee Larsen**, Reg. No. 07923-081, the Residential Drug Abuse Program (RDAP), or equivalent future program, at an appropriate time, before his prison sentence expires. Further, I condition this grant of commutation to the said **Daniel Lee Larsen**, Reg. No. 07923-081, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Vernard Mitchell**, Reg. No. 12965-007, to a term of **210 months' imprisonment**, leaving intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Vernard Mitchell**, Reg. No. 12965-007, the Residential Drug Abuse Program (RDAP), or equivalent future program, at an appropriate time, before his prison sentence expires. Further, I condition this grant of commutation to the said **Vernard Mitchell**, Reg. No. 12965-007, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed **Tilman Rufus Partin**, Reg. No. 03742-018, to a term of **324 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Tilman Rufus Partin**, Reg. No. 03742-018, the Residential Drug Abuse Program (RDAP), or equivalent future program, at an appropriate time, before his prison sentence expires. Further, I condition this grant of commutation to the said **Tilman Rufus Partin**, Reg. No. 03742-018, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed **Jacobi Lamont Williams**, Reg. No. 23046-057, to a term of **188 months' imprisonment**, leaving intact and in effect the eight-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Jacobi Lamont Williams**, Reg. No. 23046-057, the Residential Drug Abuse Program (RDAP), or equivalent future program, at an appropriate time, before his prison sentence expires. Further, I condition this grant of commutation to the said **Jacobi Lamont Williams**, Reg. No. 23046-057, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

**THIS GRANT SHALL** become effective as to each of the above-named persons only upon the delivery and presentment of a certified copy of this document to that person and upon that person's acceptance of the conditional terms of the grant. I further direct that once the receipt has been signed by the grant recipient, the Bureau of Prisons shall immediately forward an ELECTRONIC COPY of the receipt to the Office of the Pardon Attorney, which will deliver that copy to appropriate personnel in the Bureau of Prisons Designation and Sentence Computation Center, who will recalculate the projected release dates of each respective recipient. Failure of a person to sign the receipt and accept the conditional terms of the commutation grant will render the grant of commutation null and void only as to the person who rejected the grant, and not to all persons named herein.

**I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each of the persons to whom I have granted clemency as evidence of my action.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this Twenty-Second day of November in the year of our Lord Two thousand and sixteen and of the Independence of the United States the two hundred and forty-first.*

**BARACK OBAMA**
**President**